No. 74. STONER *v.* NEW YORK LIFE INSURANCE CO. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Mr. Kendall B. Randolph* for petitioner. *Messrs. Paul M. Peterson, William H. Becker,* and *Louis H. Cooke* for respondent.

No. 92. GUGGENHEIM *v.* RASQUIN, COLLECTOR OF INTERNAL REVENUE. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. MR. JUSTICE ROBERTS took no part in the consideration and decision of this application. *Mr. Paul B. Barringer, Jr.* for petitioner. *Solicitor General Biddle* for respondent.

No. 113. GAINES ET UX. *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. MR. JUSTICE ROBERTS took no part in the consideration and decision of this application. *Messrs. Frank E. Karelsen, Jr.* and *Frederick Baum* for petitioners. *Attorney General Jackson* for respondent.

No. 183. TAFT ET UX. *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted, limited to the second question presented by the petition. *Messrs. Henry W. Taft* and *Clarence Castimore* for petitioners. *Attorney General Jackson* for respondent.

Nos. 242 and 243. PHILADELPHIA COMPANY ET AL. *v.* DIPPLE ET AL. October 14, 1940. Petition for writs of